BARRIBEAU v. CITY OF DETROIT.

APPEAL AND ERROR—DISMISSAL — PREMATURE ISSUANCE OF WRIT —JURISDICTION.

Where an examination of the return to the writ of error discloses that the case has not proceeded to judgment, this court is without jurisdiction, and the writ of error will be dismissed.

Error to Wayne; Rohnert, J. Submitted October 12, 1906. (Docket No. 44.) Decided November 13, 1906.

Case by Dulice Barribeau against the city of Detroit for personal injuries. Plaintiff brings error. Writ dismissed for want of jurisdiction.

*Charles McPherson* and *John C. Bills*, for appellant.

*J. Walter Dohany* and *Denton Guinness* (*Timothy E. Tarsney*, of counsel), for appellee.

PER CURIAM. The printed record affords no evidence that a judgment in this cause was ever entered. An ex-

amination of the return to the writ of error discloses the fact that the case has not proceeded to judgment.   A verdict was directed, and a motion to set it aside and grant a new trial was denied.   No further proceedings, except to settle a bill of exceptions, appear to have been had.

The writ of error is dismissed, with costs to appellee. *Delaney* v. *Lumber Co.*, 144 Mich. 351.